In re TRUMAN W. SMITH CHILDREN'S CARE CENTER, L.L.C., d/b/a Truman W. Smith Children's Care Center, et al.

No. 06–03–00163–CV.

Court of Appeals of Texas, Texarkana.

Submitted Jan. 7, 2004.

Decided Jan. 8, 2004.

Chris D. Collings, Michael D. Williams, Brown Sims PC, Houston, and G. R. (Randy) Akin, Akin, Bush, Neeley, Mason, Longview, for relator.

Misty D. Borland, R. Mike Borland, Borland & Borland, Midland, and Jim Ammerman II, Law Offices of Jim Ammerman, II, Marshall, for real party in interest.

Before MORRISS, C.J., ROSS and CARTER, JJ.

OPINION

Opinion by Chief Justice MORRISS.

Truman W. Smith Children's Care Center, L.L.C., d/b/a Truman W. Smith Chil-

dren's Care Center, et al., Relator, has provided this Court with documentation reflecting that the parties have entered a formal settlement agreement which disposes of all of plaintiffs' claims against it.

Accordingly, we dismiss the petition for writ of mandamus as moot.